| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 4/3/2020 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ITOFFEE R. GAYLE,

                      Plaintiff,

v.

DAVID S. ALLEE AND MORGAN LEHMAN GALLERY,

                      Defendants.

No. 18-CV-3774 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a telephone conference on April 10, 2020 at 3:00 p.m. to discuss the pending motion to dismiss in this case. The parties shall use the dial-in information provided below to call in to the conference:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    April 3, 2020
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge