| | USDC-SDNY |
| --- | --- |
| UNITED STATES DISTRICT COURT | DOCUMENT |
| SOUTHERN DISTRICT OF NEW YORK | ELECTRONICALLY FILED |
| | DOC#: |
| | DATE FILED: 4/10/2020 |

ITOFFEE R. GAYLE,

                          Plaintiff,

            v.

DAVID S. ALLEE AND MORGAN LEHMAN GALLERY,

                          Defendants.

No. 18-CV-3774 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's telephonic conference, Defendants' motion to dismiss is granted. Nonetheless, Plaintiff may amend his complaint to cure the deficiencies noted in the Court's ruling. If Plaintiff chooses to amend his complaint, he must do so no later than June 10, 2020. Plaintiff's current counsel is directed to provide him with a copy of this Order and the transcript from today's conference. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 8. SO ORDERED.

Dated:    April 10, 2020
              New York, New York

                                        Ronnie Abrams
                                        United States District Judge