UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ITOFFEE R. GAYLE,

                  Plaintiff,

v.

DAVID S. ALLEE AND MORGAN LEHMAN GALLERY,

                  Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-25-20

No. 18-CV-3774 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff Itoffee Gayle, proceeding *pro se*, filed an amended complaint on July 14, 2020. Dkt. 55. Defendants moved to dismiss the amended complaint on July 28, 2020. Dkt. 56. Gayle, who had then been unable to retain counsel to represent him, filed a brief opposition on August 24, 2020, Dkt. 59, and Defendants replied on August 31, 2020, Dkt. 60. Since that time, however, the Court has been advised that pro bono counsel seeks to represent Gayle in connection with Defendants' motion to dismiss, so long as the briefing on that motion is reopened. It is the Court's understanding that pro bono counsel will soon file a notice of appearance. Accordingly, Gayle shall have 60 days from counsel's filing of a notice of appearance to supplement his briefing in opposition to Defendants' motion to dismiss. Defendants shall have 30 days from the filing of Gayle's supplemental brief to submit a further reply. In the event that counsel has not filed a notice of appearance by October 30, 2020, the motion pending at Dkt. 56 will be deemed fully briefed.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Gayle.

SO ORDERED.

Date:  September 25, 2020
         New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge