USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                       :
ITOFFEE R. GAYLE,                     :
                       :
            Plaintiff,          :
                       :             18-CV-3774 (JPC)
     -v-                   :
                       :             NOTICE OF
DAVID S. ALLEE and MORGAN LEHMAN  :            REASSIGNMENT
GALLERY,                      :
                       :
          Defendants.       :
                      X
---------------------------------------------------------------

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All parties must familiarize themselves with the Court's Individual Rules, including those appliable to** *pro se* **cases, which are available at <https://www.nysd.uscourts.gov/hon-john-p-cronan>.**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court.  The Court will issue further guidance regarding the pending motion to dismiss in due course.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                              JOHN P. CRONAN
                                      United States District Judge