UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ITOFFEE R. GAYLE,

                     Plaintiff,

      -against-                                          18 **CIVIL** 3774 (JPC)

**JUDGMENT**

DAVID S. ALLEE and MORGAN LEHMAN
GALLERY,

                     Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2021, Defendants' Motion to Dismiss is GRANTED, and Gayle's Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       January 13, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                              **BY:**

                                                        **Deputy Clerk**